IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.*<br><br>And, Individually, Bryan Heath and<br>Amber Heath<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Cobham Mission Systems Davenport LSS<br>Inc and Cobham Mission Systems<br>Davenport AAR Inc., formerly known as<br>Carleton Life Support Systems, Inc and<br>Sargent Fletcher Inc.<br><br>　　　　Defendants. | CASE NO. 20-cv-00041-LRR-KEM<br><br><br>**PLAINTIFFS' MOTION TO DISMISS<br>WITHOUT PREJUDICE** |

Come now Plaintiffs/Relators and move this Court for its order allowing them to

dismiss their case without prejudice. In support of their Motion, Plaintiffs state:

      1.      Plaintiffs filed their Complaint in March 2020, after which the United

          States conducted an investigation that continued through May 2022 at

          which time the United States declined to intervene.

      2.      As is typical, Plaintiffs have no idea why the government decided not to

          intervene or what evidence persuaded the government.

      3.      Plaintiffs conducted settlement negotiations with the Defendant in an

          attempt to resolve Mr. Heath's wrongful discharge claim and reached an

agreement which required that the case be dismissed with prejudice, which the government refused to approve.

4. *Strubbe v. Crawford County Memorial Hospital*, 2017 WL 8792692, outlines the high standard Plaintiffs must meet on the issue of proving their conduct is protected and that the employer knew their actions were to advance a qui tam action. *U.S. ex rel. Strubbe v. Crawford County Meml. Hosp.*, 915 F.3d 1158, 1167–68 (8th Cir. 2019).

5. In light of the government's declination to intervene, the 8th Circuit case law and other circumstances of the case, Plaintiffs now seek the dismissal of their case without prejudice.

*Dorothy A. O'Brien*
Dorothy A. O'Brien
O'Brien & Marquard, P.L.C.
2322 East Kimberly Road, Suite 140S
Davenport, Iowa  52807
563-355-6060  Telephone
563-355-6666  Facsimile
dao@emprights.com  Email

ATTORNEYS FOR RELATORS/PLAINTIFFS

CERTIFICATE OF SERVICE

The undersigned states that the foregoing Motion to Dismiss without prejudice was emailed to the attorneys listed below and also copied through the ECF system on August 25, 2022.

 MELISSA A. CARRINGTON
Assistant United States Attorney

111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
melissa.carrington@usdoj.gov

MATTHEW GILLESPIE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Matthew.Gillespie@usdoj.gov

/S/ Dorothy A. O'Brien